NUMBER 13-08-000017-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DANIEL TIMMS, Appellant,


v.



J & C ADVENTURES, INC. D/B/A ALL 

SEASONS POOLS, SPAS, AND PATIOS, Appellee.

 

_____________________________________________________________


On appeal from the 172nd District Court of Jefferson County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Daniel Timms, perfected an appeal from a judgment entered by the
172nd District Court of Jefferson County, Texas, in cause number E-175,341. Appellant
has filed an unopposed motion to dismiss the appeal on grounds that he no longer desires
to pursue his right to appeal. 

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 26th day of June, 2008.